# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163226(45)

ANTONIO SELLIMAN,
      Plaintiff-Appellant,

v

JEFFREY J. COLTON, M.D., JEFFREY J.
COLTON, PLLC, AND COLTON CENTER,
      Defendants-Appellees.
_____/

SC: 163226
COA: 352781
Oakland CC: 2018-167068-NH

On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 12, 2021.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2021

Clerk